UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CRYSTAL MOTOR EXPRESS, INC., )
)
Plaintiff, )
)
v. ) CIVIL ACTION NO.
)
TOWN OF LYNNFIELD, )
)
Defendant. )
)

**PLAINTIFF'S CORPORATE DISCLOSURE**
**STATEMENT UNDER LOCAL RULE 7.3**

The plaintiff, Crystal Motor Express, Inc., states that it is a privately owned company and has no parent corporation or publicly held company that owns any of its stock.

CRYSTAL MOTOR EXPRESS, INC.

By its attorneys,

June 24, 2004

Wesley S. Chused (BBO#083520)
Edward V. Colbert III (BBO#566187)
Kimberly Y. Jones (BBO#632663)
LOONEY & GROSSMAN LLP
101 Arch Street
Boston, MA 02110
(617) 951-2800

L:\1837\008\Pld\04.doc