AO 440 (Rev. 10/93) Summons in a Civil Action    6-25  un-cut  LARDAdelLi,
                                                              Ser NTR

# United States District Court

DISTRICT OF Massachusetts



Crystal Motor Express, Inc.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Town of Lynnfield

04  11450 RGS

TO: (Name and address of defendant)

    Town of Lynnfield
    William J. Gustus, Town Administrator
    55 Summer Street
    Lynnfield, MA 01940

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Wesley S. Chused
    Looney & Grossman LLP
    101 Arch Street
    Boston, MA 02110
    (617) 951-2800

an answer to the complaint which is herewith served upon you, within  twenty (20)  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  6-24-04

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: June 25, 2004 |
| NAME OF SERVER: BRIAN DOYLE | TITLE: Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to MR. LINDA CARDADELLI, SECRETARY TO TOWN ADMR. & Duly Authorized Agent for the within-named TOWN OF LYNNFIELD

Said service was made at: 55 SUMMER STREET, LYNNFIELD, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE $ 55.00    Trips

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    June 25, 2004              /s/ Brian Doyle
                Date                        Signature of Server

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ ___ |
| | | | $ ___ |
| | | | $ ___ |
| | | | $ ___ |
| | | | $ ___ |
| | | | $ ___ |
| | | TOTAL | $ ___ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**          One Devonshire Place       Telephone # (617) 720-5733
**Massachusetts Constables since 1925**   Boston, MA 02109           Fax #         (617) 720-5737