UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11450 RGS

| | |
|---|---|
| CRYSTAL MOTOR EXPRESS, INC.., <br> Plaintiff | ) <br> ) <br> ) <br> ) |
| v. | ) <br> ) |
| TOWN OF LYNNFIELD, <br> Defendant | ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel of record on behalf of the defendant, TOWN OF LYNNFIELD, in the captioned matter.

                                                    The Defendant,
                                                    TOWN OF LYNNFIELD,
                                                      By its attorneys,

                                                      PIERCE, DAVIS & PERRITANO, LLP

                                                      John J. Cloherty III, BBO# 566522
                                                      Ten Winthrop Square
                                                      Boston, MA 02110
                                                      (617) 350-0950

### CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon each attorney of record, or pro se litigant, by mail/by hand.

7/12/04
Date