UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRYSTAL MOTOR EXPRESS, INC.., )<br>    Plaintiff )<br>)<br>v. )<br>)<br>TOWN OF LYNNFIELD, )<br>    Defendant )<br>) | CIVIL ACTION NO. 04CV11450 RGS |

## MOTION OF DEFENDANT TO EXTEND TIME TO
## RESPOND TO PLAINTIFF'S COMPLAINT - ASSENTED TO

The defendant, Town of Lynnfield, hereby moves that the time within which it must answer or otherwise responsively plead to plaintiff's Complaint be enlarged by an additional fourteen (14) days, up to and including July 29, 2004. As grounds therefor, the defendant states that defense counsel has only recently received assignment of this case, and furthermore its Motion is ASSENTED TO by plaintiff's counsel.

The Defendant,
TOWN OF LYNNFIELD,
By its attorneys,
**PIERCE, DAVIS & PERRITANO, LLP**

_/s/ John J. Cloherty III_
John J. Cloherty III, BBO# 566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

Assented to:
The Plaintiff,
CRYSTAL MOTOR EXPRESS, INC.,
By its attorneys,

_/s/ Wesley Chused_
Wesley S. Chused, BBO #083520
**LOONEY & GROSSMAN LLP**
101 Arch Street
Boston, MA 02110
(617) 951-2800

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on 7/13/04.

_/s/_