UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| _____<br>)<br>CRYSTAL MOTOR EXPRESS, INC.,    )<br>                               )<br>           *Plaintiff*,            )<br>                               )<br>v.                             )<br>                               )<br>TOWN OF LYNNFIELD,             )<br>                               )<br>           *Defendant*.            )<br>_____) | CIVIL ACTION NO.<br>04-11450-RGS |

## PLAINTIFF'S CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

The plaintiff, Crystal Motor Express, Inc., and its counsel hereby certify, in accordance with the provisions of Local Rule 16.1(D)(3), as follows:

The plaintiff and its counsel have conferred:

(a)   with a view to establishing a budget for the cost of conducting a full-course - and various alternative courses - of the litigation; and

(b)   to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

                              CRYSTAL MOTOR EXPRESS, INC.


August 9, 2004         By:    /s/ Charles Masiello_____
                              Charles Masiello, Vice President


August 10, 2004               /s/ Wesley S. Chused_____
                              Wesley S. Chused (BBO#083520)
                              Edward V. Colbert, III (BBO#566187)
                              Attorneys for CRYSTAL MOTOR EXPRESS, INC.
                              LOONEY & GROSSMAN LLP
                              101 Arch Street
                              Boston, MA 02110
                              (617) 951-2800