UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04CV11450 RGS

| | |
|---|---|
| CRYSTAL MOTOR EXPRESS, INC.., <br> Plaintiff <br><br> v. <br><br> TOWN OF LYNNFIELD, <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### CERTIFICATE OF CLIENT CONSULTATION
(Pursuant to L.R. 16.1(d)(3))

The attorney of record for the Defendant, TOWN OF LYNNFIELD, hereby certifies that he has conferred with the Defendant or the Defendants' authorized representative regarding: (1) establishing a budget of costs for conducting the full course of litigation; and (2) the resolution of litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully Submitted,
The Defendant,
TOWN OF LYNNFIELD,
By its attorneys,

PIERCE, DAVIS & PERRITANO, LLP

_____
John J. Cloherty III, BBO # 566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

_____
Thomas Mullen, Esquire
Town Counsel