**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CRYSTAL MOTOR EXPRESS, INC., | ) |
|                 *Plaintiff,* | ) ) ) CIVIL ACTION NO. 04-11450-RGS |
| TOWN OF LYNNFIELD, | ) |
|                 *Defendant.* | ) |

**PROPOSED AMENDED SCHEDULING ORDER**

1. Non-expert discovery including all depositions shall be completed by August 1, 2005.

2. Plaintiff's expert witnesses shall be disclosed pursuant to Fed. R. Civ. P. 26(a)(2) by September 1, 2005.

3. Defendant's expert witnesses shall be disclosed pursuant to Fed. R. Civ. P. 26(a)(2) by October 3, 2005.

4. Expert witness depositions shall be taken within 45 days from the service of the defendant's expert reports under Fed. R. Civ. P. 26(a)(2)(B).

5. Dispositive motions shall be filed by December 30, 2005, and responses due 30 days thereafter.

By the Court: /s/ Richard G. Stearns

4-4-05