UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| CRYSTAL MOTOR EXPRESS, INC., | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-11450-RGS |
| TOWN OF LYNNFIELD, | ) ) ) | |
| *Defendant*. | ) ) | |

**PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Now comes the Plaintiff, Crystal Motor Express, Inc. ("Crystal"), pursuant to Fed. R. Civ. P. 37., and moves to compel the defendant Town of Lynnfield ("town"):  (a) to produce its insurance policy or policies under which it may be liable to satisfy a judgment in this matter; (b) to produce documents and testify as to matters for which the town has asserted an attorney-client privilege.   In support hereof, the Plaintiff attaches a memorandum of law.

WHEREFORE, Crystal respectfully requests that this motion to compel be allowed, and that the town be ordered to pay Crystal's expenses including its counsel fees incurred in bringing this motion.

Local Rule 7.1(A)(2) Certification

The undersigned counsel for Plaintiff certifies that he has conferred with Defendant's counsel, John Cloherty, and has attempted in good faith to resolve or narrow the issue herein; and, that Defendant's counsel has requested until September 2, 2005 in which to respond to the within motion, which is assented to by counsel for Plaintiff.

        CRYSTAL MOTOR EXPRESS, INC. and
        RONALD E. MASIELLO, TRUSTEE OF
        CRYSTAL LAND INVESTMENT TRUST

        By their attorneys,

        \s\ Edward V. Colbert III

August 11, 2005        Wesley S. Chused (BBO#083520)
        Edward V. Colbert III (BBO#566187)
        LOONEY & GROSSMAN LLP
        101 Arch Street
        Boston, MA 02110
        (617) 951-2800


## CERTIFICATE OF SERVICE

I hereby certify that on August 11, 2005 I served the foregoing pleading upon all parties hereto electronically, via facsimile or by mailing a copies thereof, via first class mail, properly addressed, to:

        John J. Cloherty, Esq.
        Pierce, Davis & Perritano, LLP
        Ten Winthrop Square
        Boston, MA  02110


        \s\ Edward V. Colbert III
        Edward V. Colbert III