# EXHIBIT B

# CITIZENS FOR LYNNFIELD, INC.
## 27 BLUE JAY ROAD
## LYNNFIELD, MA 01940

April 16, 2003

Dr. Pienert, Chairman
Lynnfield Board of Health
Town Hall
Lynnfield, MA 01940



Dear Dr. Pienert:

    A group of very concerned residents went to your board in November of 2002, and explained that we are being placed in a serious health risk situation. We demonstrated and presented studies showing that diesel soot causes cancer and other respiratory diseases. At that meeting, you asked that we provide more definitive studies to prove this fact. You asked for a study, and asked us to check to see if any studies were done by the Harvard School of Public Health. You asked for an expert on the subject.

    At the December 2002 meeting and the January 2003 meeting, we did just that. You heard from Mary Beth Palmigiano, who has a Masters Degree in Public Health and is a member of the Board of Health for the Town of Amesbury. You have heard from the Town of Saugus Board of Health. You have heard from the American Lung Association; from Dr. Motta, the President of the Massachusetts Medical Association; and others, such as Dr. Shah, Dr. LaBarge, and Dr. Aaronson.

    You have heard from numerous citizens of our community. Your board member, Mr. Hatfield, openly stated he was aware that Diesel Soot causes cancer. We asked you to create a regulation which would ensure our safety and offered suggestions.

    It was your board that asked Crystal Trucking to appear before you, not us. We asked for a regulation to ensure safety. Now, even more so, when you can see how they act and operate, that they choose not to appear in front of you, you should approve the attached new health regulation.

    At one of your meetings, Dr. Shah made it quite clear that the two children of Mr. Anthony Zaccaria, of Saugus, could die in a short time if exposed to the constant contamination of diesel exhaust. What of the future of others who contract cancer or other respiratory diseases from this diesel soot and noise pollution? Please tell your board this is about life and death, and that they should abide by their oath to protect the public and environmental health of their town. Your efforts will surely be hailed for generations to come.

Very truly yours,

Carl A. LaGreca, President
Citizens for Lynnfield, Inc.

TOL 1056

M:\CARL\lynn\030416.brdhlth

**Social Policy**: To protect the residents and citizens of Lynnfield, Massachusetts from the negative health effects of soot and other noxious particulate created by the burning of diesel gas. Empirical evidence has established that diesel soot is causally related to the incidence and existence of a myriad of health problems in human beings, including, without limitation, cancer, lung, respiratory and other breathing problems.

**Act**: From the date of the enactment of this Act and hereafter, no facility for a trucking company or any other organization which involves in any way the burning of diesel fuel at the site of such facility (whether in, without limitation, a plant on the site, or in vehicles which move about the site) may be established within a proximity of one thousand five-hundred (1,500) feet of a Residential Area. For the purposes hereof, a "Residential Area" shall include any area or land mass containing one (1) or more physical structures, the primary purpose of which is to serve as a residence or living area for residents and/or citizens of Lynnfield, Massachusetts.