# EXHIBIT H

**PIERCE, DAVIS, & PERRITANO, LLP**
Ten Winthrop Square
Boston, MA 02110

# TELECOPY COVER SHEET

DATE:      August 2, 2005                         OUR FILE NO: 282-0402415

TOTAL NUMBER OF PAGES:    - 3 -        (INCLUDING THIS SHEET)

PLEASE DELIVER THE FOLLOWING PAGES TO:

| | | |
|---|---|---|
| Name | : | Edward Colbert, Esq. |
| Company | : | Looney & Grossman, LLP |
| Facsimile No. | : | (617) 951-2819 |

*********************************************************************

| | | |
|---|---|---|
| From | : | Pierce, Davis & Perritano, LLP |
| Name | : | John J. Cloherty III |
| Phone No. | : | (617) 350-0950 |
| Facsimile No. | : | (617) 350-7760 |

*********************************************************************

**Regarding**      :     *Crystal Motor Express*, Inc. v. Town of Lynnfield

*********************************************************************

**Remarks**      :     Please see attached.

NOTE:    If you do not receive all the pages, please call back as soon as possible: (617) 350-0950.

The documents included with this facsimile transmission sheet contain information from the law firm of Pierce, Davis & Perritano, LLP which is confidential and/or privileged. This information is intended to be for the use of the addressee named on this transmittal sheet. If you are not the addressee, note that any disclosure, photocopying, distribution or use of the contents of this faxed information is prohibited. If you have received this facsimile in error, please notify us by telephone (collect if you wish) immediately so that we can arrange for the retrieval of the original documents at no cost to you.

# PIERCE, DAVIS & PERRITANO, LLP
### COUNSELLORS AT LAW

Joel F. Pierce
John J. Davis *
Judith A. Perritano
John J. Cloherty III *

Of counsel:
Gerald Fabiano
Jeffrey M. Sankey*

TEN WINTHROP SQUARE
BOSTON, MA 02110-1257

TELEPHONE (617) 350-0950
FACSIMILE (617) 350-7760

James M. Dunn ♦
David C. Hunter †
Danielle T. Jenkins *
Robert S. Ludlum † ●
Maureen L. Pomeroy ○
Daniel G. Skrip ♦
Darlene M. Tonucci ■

* also admitted in RI
♦ also admitted in PA
† also admitted in NY
● also admitted in CT
■ also admitted in FL
○ also admitted in NH

August 2, 2005

**VIA FACSIMILE AND
FIRST CLASS MAIL**
Edward V. Colbert III
Looney & Grossman LLP
101 Arch Street
Boston, MA 02110

Re: Crystal Motor Express, Inc. v. Town of Lynnfield
U.S. District Court of MA C.A. No.: 04CV11450 RGS
Our File No.: 282-0402415

Dear Attorney Colbert:

In response to your letter dated July 27, 2005, please note the following:

1. I now have 2 DVD-R disks for the video of the October 2003 Town Meeting which I will make available for inspection and copying.

2. I believe the Town Clerk's files have already been segregated for your review, but will confirm this with the clerk.

3. I will obtain and provide a copy of the Town's Charter.

4. I will obtain and provide a copy of the Town Administrator's job description.

5. I have requested a copy of the applicable insurance policy from the insurance company and will provide a copy of it to you upon receipt.

I do not anticipate changing my position that Town Counsel's discussions with Town Officials and any minutes of executive sessions are privileged. Unfortunately, it may require a court ruling to obtain discovery of these privileged communications and documents. By way of complying with the applicable rules of procedure, please accept this as a privileged document log of the following responsive documents now known to defense counsel that are being withheld from production due to privilege:

**PIERCE, DAVIS & PERRITANO, LLP**

Crystal Motor Express, Inc. v. Town of Lynnfield
Edward V. Colbert III
August 2, 2005
Page 2

(A) Board of Health Executive Session Minutes dated 3/3/04.
(B) Town Counsel Thomas Mullen's correspondence to Health Director James Nugent, dated 6/19/04, 4/19/04, 2/2/04, 1/19/04, and 1/6/04.
(C) Town Counsel Thomas Mullen's correspondence to six Town Officials, William Gustus, et al., dated 3/4/04.
(D) Health Director James Nugent's correspondence to Town Counsel Thomas Mullen dated 12/9/03.
(E) L. Cardavelli correspondence to Claims Manager Michael Cusack dated 6/28/04.

Please contact me upon receipt of this letter to further discuss its contents.

Thank you.

Sincerely,

PIERCE, DAVIS & PERRITANO, LLP

John J. Cloherty III

JJC/mm

cc: Thomas Mullen, Esq.