UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CRYSTAL MOTOR EXPRESS
    Plaintiff

    v.                        CIVIL ACTION NO. 04-11450-RGS

TOWN OF LYNNFIELD
    Defendant

## PROCEDURAL ORDER OF DISMISSAL

STEARNS, DJ.                                  FEBRUARY 15, 2006

IN ORDER TO AVOID THE NECESSITY OF COUNSEL TO APPEAR AT PERIODIC STATUS CONFERENCES,

IT IS HEREBY ORDERED THAT THE ABOVE-CAPTIONED ACTION BE AND HEREBY IS DISMISSED WITHOUT PREJUDICE TO EITHER PARTY MOVING TO RESTORE IT TO THE DOCKET WHEN FURTHER ACTION IS REQUIRED BY THE COURT.

SO ORDERED.

                                            RICHARD G. STEARNS
                                            UNITED STATES DISTRICT JUDGE

                        BY:
                            /s/ Mary H. Johnson
                            Deputy Clerk

DATED: 2-15-06