UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:04-cv-11450 RGS

|  |  |
|---|---|
| CRYSTAL MOTOR EXPRESS, INC.., <br>     Plaintiff <br><br> v. <br><br> TOWN OF LYNNFIELD, <br>     Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF CHANGE OF ADDRESS**

    Effective **April 7, 2008** the Law Office of Pierce, Davis & Perritano, LLP, will be relocating. The new address is as follows:

**PIERCE, DAVIS & PERRITANO, LLP**
90 Canal Street
Boston, MA 02114-2018
(P) (617) 350-0950
(F) (617) 350-7760

    The telephone and facsimile numbers of the firm remain unchanged.

Respectfully submitted,

The Defendant,
TOWN OF LYNNFIELD
By its attorneys,

**PIERCE, DAVIS & PERRITANO, LLP**

/s/ John J. Cloherty III
_____
John J. Cloherty III, BBO #566522
Ten Winthrop Square
Boston, MA 02110
(617) 350-0950

1

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on March 31, 2008.

                                                   /s/ John J. Cloherty III
                                                   _____
                                                   John J. Cloherty III